IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN LEE KOPHART,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>KASSEY KOENIG, BANDY BASCHULT, CHRIS BOSEMONS, and DON WITMIRE,<br><br>　　　　　　Defendants. | **8:24CV401**<br><br>**MEMORANDUM AND ORDER** |

　　This matter is before the Court on a motion seeking an extension of time (the "Motion to Extend") filed by Plaintiff Steven Lee Kophart ("Plaintiff"). Filing No. 11. In the Motion to Extend Plaintiff seeks additional time to file an amended complaint beyond the February 28, 2024, deadline set forth in this Court's January 29, 2025, Memorandum and Order at Filing No. 10, requiring such amendment. *Id.* On February 20, 2025, prior to the expiration of the deadline to amend and prior to this Court's addressing the Motion to Extend, Plaintiff filed an Amended Compliant. *See* Filing No. 12.

　　As the Amended Complaint was timely filed the Motion to Extend is hereby denied as moot. Plaintiff is advised that the next step in his case will be for the Court to conduct an initial review of Plaintiff's claims to determine whether summary dismissal is appropriate under 28 U.S.C. § 1915(e)(2). The Court will conduct this initial review in its normal course of business.

Dated this 27th day of February, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge