## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

STEVEN LEE KEPHART,

          Plaintiff,

   vs.

KASSEY KOENIG, and CHRIS
BOSEMONS,

          Defendants.

**8:24CV401**

**MEMORANDUM AND ORDER**

This matter is before the Court on a motion filed by Plaintiff seeking to extend the current June 16, 2025, deadline to file his second amended complaint by six months.  Filing No. 15.  However, on June 11, 2025, Plaintiff filed his second amended complaint with this Court.  *See* Filing No. 16.  As the second amended complaint has been filed, IT IS ORDERED that:

Plaintiff's motion seeking an extension of time to file his second amended complaint, Filing No. 15, is hereby denied as moot.

Dated this 1st day of July, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge